VICTOR E. MILCH, Appellant, v. MATHILDA MYRTLE MILCH, Respondent.— Motion granted. Appeal stayed until appellant pay the amount awarded for counsel fee. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE E. CONNOLLY, JOHN M. PHILLIPS and FREDERICK SEELY, Appellants.— Motion to have appeal of defendant Seely heard on the printed record of defendant Connolly granted upon condition that defendant Seely have printed a record consisting of his notice of appeal and the judgment of conviction, with a reference to the record in the case of defendant Connolly. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McCORMACK, Appellant. JOHN POTTS and EUGENE BREE, Defendants.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

HYMAN RINTEL, Respondent, v. MORRIS STEINBERG, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent thirty dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MORRIS SCHENKER, Respondent, v. MORRIS LIBOFF and BENJAMIN LIBOFF, as Receiver of the Assets of the Copartnership of SCHENKER & LIBOFF, Appellants.— Motion to resettle order denied. It clearly appears from the order that the only persons affected thereby are Morris Liboff and Benjamin Liboff as receiver. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SAMUEL SCHNALL, Plaintiff, v. IRVING SPERBER, Respondent. LOUIS LEVY, Appearing Specially, etc., Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ALFRED R. SORENSEN and THOMAS DONIGAN, Respondents, v. MORRIS PHILIP, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

DOROTHY STEVENS, Respondent, v. SAMUEL STEVENS, Administrator of the Estate of IDA STEVENS, etc., Deceased, etc., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Original exhibits Nos. 1, 2 and 3 may be submitted on the argument. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

HARRY J. WINICK and BENJAMIN BARNETT, Respondents, v. THE ITALIAN PLAN COMPANY, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

HARRY J. WINICK and BENJAMIN BARNETT, Respondents, v. THE ITALIAN PLAN COMPANY, INC., Appellant.— Motion to amend notice of appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.